UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT ZENAS WHIPPLE, III, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1-15-0040<br>) Senior Judge Haynes<br>) |
| ROGER ROCHELLE, et al., | )<br>) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 77) on the motion to dismiss filed by Defendants Roger Rochelle, Brandon Iadicicco, Rebecca Millay, Deborah Johnson, and Josh Paschall (Docket Entry No. 47). The Report and Recommendation recommends that Defendants' motion to dismiss be granted as to the claims against Defendant Debra Johnson, but be denied as to the claims against Defendants Roger Rochelle, Brandon Iadicicco, Rebecca Millay and Josh Paschall. No party has filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**. Defendants' motion to dismiss (Docket Entry No. 47) is **GRANTED** as to Defendant Debra Johnson, but is **DENIED** as to Defendants Roger Rochelle, Brandon Iadicicco, Rebecca Millay and Josh Paschall. The claims against Defendant Debra Johnson are **DISMISSED with prejudice.**

It is so **ORDERED**.

ENTERED this the 21st day of December, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge