IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED IN CLERK'S OFFICE
MAY 1 6 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

ROBERT ZENAS WHIPPLE, III,
    Plaintiff,

v.

ROGER ROCHELLE, et al.,
    Defendants.

No. 1:15-cv-40

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that Plaintiff's address has changed to:

Robert Z. Whipple, III
P.O. Box 751
Smithville, TN 37166

Respectfully submitted the 11 day of May, 2018

_____
Robert Z. Whipple, III
Plaintiff, pro se

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that a copy of the foregoing was mailed via first-class mail to:

Charlotte Davis
TN Attorney General's Office
P.O. Box 20207
Nashville, TN 37202

_____
Robert Z. Whipple, III
Plaintiff, pro se

ROBERT WHIPPLE - 399615
BCCX
1045 HORSEHEAD RD
PIKEVILLE, TN 37367



CHATTANOOGA
TN 374 2 L
14 MAY 2018 PM

U.S. DISTRICT COURT
801 BROADWAY ROOM 800
NASHVILLE, TN 37203

LEGAL MAIL

LEGAL MAIL

37203083859

